## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128–7716
(305)523–5100

Date: August 29, 2019

**Clerk of Circuit and County Courts**
16th Judicial Circuit of Florida
Clerk's Office, Civil Division
500 Whitehead Street
Key West, FL 33040

RE:  District Court Case No.: 4:19–cv–10135–KMM

State Court Case No.: 19–CA–000493–K

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

Angela E. Noble, Clerk of Court

By  /s/ *Patrick Edwards*
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Angela E. Noble**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128–7716  
(305)523–5100

Date: August 29, 2019

**Clerk of Circuit and County Courts**  
16th Judicial Circuit of Florida  
Clerk's Office, Civil Division  
500 Whitehead Street  
Key West, FL 33040

RE:  District Court Case No.: 4:19–cv–10135–KMM

State Court Case No.: 19–CA–000493–K

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby ackonwledges receipt of the District Court's certified copy of the Order of Remand.

By:_____  
    Deputy Clerk

On:_____

Angela E. Noble, Clerk of Court

By  /s/ *Patrick Edwards*  
Deputy Clerk